IN THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

TERENCE BRUCE RICHARDS
    PLAINTIFF

CASE # 07 C 1907

VS.

JUDGE KENNELLY

UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE - TRUSTEE'S OFFICE
JAMES E STEVENS
    DEFENDANTS

**FILED**
JUN 0 4 2007 aew
6-4-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR RELIEF OF JUDGMENT OR ORDER
PURSUANT TO RULE 60(B)(6).

NOW COMES TERENCE BRUCE RICHARDS BY AND THROUGH HIS OWN REPRESENTATION HEREBY STATES AS FOLLOWS:

1.) ON OR ABOUT, MAY 11TH, 2007, THIS HONORABLE COURT HAS ENTERED AN ORDER, REQUIRING THAT THE PLAINTIFF PAY THE FILING FEE OF $350.00 DOLLARS.

2.) EVERYONE HAS A RESPONSIBILITY TO SHARE IN THE SOCIAL COSTS OF LITIGATION, EVEN PRISONERS ARE REQUIRED TO PAY 20% FROM THEIR COMMISSARY ACCOUNT, UP TO THE MEANS POSSIBLE.

3.) PURSUANT TO TITLE 28 SECTION 1915 PRISONERS ARE REQUESTED TO PAY 20% FROM THEIR COMMISSARY ACCOUNT.

THEREFORE, THE PLAINTIFF TERENCE BRUCE RICHARDS RESPECTIVELY REQUEST RELIEF OF JUDGMENT OR ORDER PURSUANT TO TITLE 28 SECTION 51915, AND RESPECTIVELY REQUEST TO PAY 20% FROM HIS COMMISSARY ACCOUNT.

                        *Terence Bruce Richards*